McGREGOR W. SCOTT
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ INIGUEZ,<br><br>     Petitioner,<br><br>v.<br><br>PAUL THOMPSON, Warden,<br><br>     Respondent. | CASE NO. 2:19-CV-01318-EFB (HC)<br><br>RESPONDENT'S MOTION FOR AN EXTENSION OF TIME<br>AND ORDER THEREON |

   On November 19, 2019, Respondent requested a 60-day extension of time to file a response to Petitioner's § 2241 petition.

   IT IS HEREBY ORDERED, that Respondent's request for a 60-day extension is granted. The response is now due January 17, 2020.

Dated: November __21__, 2019.

                           _____
                           HON. EDMUND F. BRENNAN
                           UNITED STATES MAGISTRATE JUDGE