UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ INIGUEZ, | No. 2:19-cv-1318-EFB P |
| Petitioner, | |
| v. | ORDER |
| P. THOMPSON, Warden, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding without counsel in this petition for writ of habeas corpus brought under 28 U.S.C. § 2241. ECF No. 1. On September 25, 2019, the court ordered respondent to file a response to the petition. ECF No. 4. The response and motion to dismiss were filed on January 9, 2020. ECF No. 9. Apparently, petitioner did not receive the response, as he has filed an order to show cause indicating his belief that respondent has failed to respond as ordered. ECF No. 12. As respondent has complied, the motion is denied. However, the court will direct the Clerk to send the response to petitioner and grant petitioner an additional 30 days to file his opposition brief.

Accordingly, it is hereby ORDERED that:

1. Petitioner's motion for an order to show cause (ECF No. 12) is DENIED.
2. The Clerk of the Court shall send petitioner a copy of the filings appearing at ECF Nos. 9, 10, and 11.

1

3. Petitioner shall have 30 days from the date of service of this order to file his opposition to respondent's motion to dismiss.

So ordered.

DATED: April 6, 2020.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE