UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ INIGUEZ,<br><br>            Petitioner,<br><br>      v.<br><br>P. THOMPSON, Warden,<br><br>            Respondent. | No.  2:19-cv-1318-EFB P<br><br><br><br>ORDER |

Petitioner is a federal prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On May 4, 2020, petitioner requested an extension of time to file his opposition to respondent's January 9, 2020 motion to dismiss.

Good cause appearing, it is ORDERED that petitioner's request is granted and petitioner has 60 days from the date this order is served to file his opposition.  The Clerk is directed to terminate ECF Nos. 14 & 15.

Dated:  May 5, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE