UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ INIGUEZ,<br><br>   Petitioner,<br><br>   v.<br><br>PAUL THOMPSON,<br><br>   Respondent. | Case No. 2:19-cv-01318-WBS-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSIONS OF TIME<br><br>ECF Nos. 25, 26 |

For good cause shown, petitioner's motions for extensions of time to file objections to the findings and recommendations are granted.  ECF Nos. 25, 26.  Petitioner's objections, ECF No. 27, are considered timely filed.

IT IS SO ORDERED.

Dated:   November 12, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1