UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUZ INIGUEZ,<br><br>  Petitioner,<br><br>  v.<br><br>PAUL THOMPSON, Warden,<br><br>  Respondent. | No. 2:19-cv-1318-WBS-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTIONS FOR EXTENSIONS OF TIME<br><br>ECF Nos. 25, 26 |

Petitioner has filed his two separate motions for extensions of time to file objections to the September 9, 2020 findings and recommendations. ECF Nos. 25, 26. Good cause appearing, the motions are granted *nunc pro tunc*, and plaintiff's objections filed October 30, 2020 are deemed timely.

IT IS SO ORDERED.

Dated:   November 12, 2020

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE